

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN -7 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jennifer Brevoort )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
)
1. Reliant Pharmaceuticals, Inc. )
2. GlaxoSmithKline )
(Successor to Reliant) )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

**08CV0105
JUDGE CASTILLO
MAG. JUDGE BROWN**

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Jennifer Brevoort** of the county of **DuPage** in the state of **IL**.

3. The defendant is (1) Reliant Pharmaceuticals, Inc. (2) GlaxoSmithKline, whose street address is (1) 110 Allen Rd. (2) One Franklin Plaza, POB 7929
(city) (1) Liberty Corner (2) Philadelphia (county) 1. Somerset 2. Philadelphia (state) 1. NJ 2. PA (ZIP) (1) 07938 (2) 19101-7929

(Defendant's telephone number) 1. (908)-580-1200
2. (215) 751-4000

4. The plaintiff sought employment or was employed by the defendant at (street address) **22W502 Balsam Dr.** (city) **Glen Ellyn** (county) **DuPage** (state) **IL** (ZIP code) **60137**

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) _October_, (day) _25_, (year) _2006_.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission, on or about
   (month) _November_ (day) _7th_ (year) _2006_.

   (ii) ☐ the Illinois Department of Human Rights, on or about
   (month) _____ (day) _____ (year) _____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, but plaintiff will file a copy of the charge within 14 days.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

  ☐   Yes (month)_____ (day)_____ (year)_____

  ☐   No, did not file Complaint of Employment Discrimination

(b)   The plaintiff received a Final Agency Decision on (month)_____

  (day) _____ (year) _____.

(c)   Attached is a copy of the

  (i) Complaint of Employment Discrimination,

  ☐ YES   ☐ NO, but a copy will be filed within 14 days.

  (ii) Final Agency Decision

  ☐ YES   ☐ NO, but a copy will be filed within 14 days.

8.   *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

  (a) ☐   the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

  (b) ☒   the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) _October_ (day) _20,_ (year) _2007_ a copy of which *Notice* is attached to this complaint.

9.   The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

  (a) ☒   Age (Age Discrimination Employment Act).

  (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

- (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
- (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
- (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
- (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
- (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

- (a) ☐ failed to hire the plaintiff.
- (b) ☒ terminated the plaintiff's employment.
- (c) ☐ failed to promote the plaintiff.
- (d) ☐ failed to reasonably accommodate the plaintiff's religion.
- (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
- (f) ☐ failed to stop harassment;
- (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
- (h) ☐ other (specify):_____

_____

_____

_____

_____

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

The defendant, Reliant Pharmaceuticals, fired plantiff on Oct 25, 2006, despite the fact that plantiff was doing her job properly and effectively. At the time, plantiff was 41 yrs. of age and Reliant assigned the bulk of plantiff's territory and responsibilities to an employee who was substantially younger. Defendant, GlaxoSmithKline is a successor to the defendant Reliant ... is and has been aware of plantiff's claims and is responsible for Reliant's unlawful actions toward plantiff.

14.   **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☒   Direct the defendant to hire the plaintiff.

(b) ☒   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): _____

5

_____

_____

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

Jennifer Brevoort

(Plaintiff's street address)

22W502 Balsam Dr.

_____

(City) Glen Ellyn   (State) IL   (ZIP) 60137

(Plaintiff's telephone number) (630) - 728-0648

Date: January 7, 2008

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Jennifer M. Brevoort<br>22w502 Balsam Dr.<br>Glen Ellyn, IL 60137 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

**CERTIFIED MAIL NO.:** 7001 0320 0005 9832 5379

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2007-00940 | Jerry Zhang, Investigator | (312) 353-7522 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*(signature)* John P. Rowe,
District Director

10/18/07
(Date Mailed)

Enclosures(s)

cc: **RELIANT PHARMACEUTICALS**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2007-00940 |
|---|---|---|
| | Illinois Department Of Human Rights<br>State or local Agency, if any | and EEOC |

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Jennifer M. Brevoort | Home Phone (Incl. Area Code)<br>(630) 728-0648 | Date of Birth<br>06-27-1965 |
|---|---|---|
| Street Address<br>22w502 Balsam Dr., Glen Ellyn, IL 60137 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>RELIANT PHARMACEUTICALS | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(630) 728-0648 |
|---|---|---|
| Street Address<br>22w502 Balsam Dr., Glen Ellyn, IL 60137 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-25-2006   Latest: 10-25-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in or around May 2003, and my most recent position was Professional Sales Representative. On or about October 25, 2006, I was discharged and replaced by a younger individual. I know of other similarly situated protected age group co-workers who have also been terminated.

I believe I have been discriminated against because of my age 41 (DOB: 06/27/1965), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC
NOV 07 2006
CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Nov 07, 2006   X J. Brevoort<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |