APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Jennifer Brevoort
(Please print)

STREET ADDRESS: 22 W502 Balsam Dr.

CITY/STATE/ZIP: Glen Ellyn, IL 60137

PHONE NUMBER: (630) 728-0648

CASE NUMBER: **08CV0105**
**JUDGE CASTILLO**
**MAG. JUDGE BROWN**

_____ Jennifer Brevoort _____
Signature Date

**FILED**
JAN - 7 2008
Jan 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT