UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BREVOORT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 CV 0105 |
| ) | |
| RELIANT PHARMACEUTICALS, INC. ) | Judge Ruben Castillo |
| and GLAXOSMITHKLINE, Successor to ) | Magistrate Judge Brown |
| Reliant, ) | |
| ) | |
| Defendants. ) | |

**LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT RELIANT PHARMACEUTICALS, INC.</u>**

Pursuant to Local Rule 3.2, the undersigned counsel for Defendant Reliant Pharmaceuticals, Inc. ("Reliant"), certifies that 100% of Reliant's stock is owned by SmithKline Beecham Corporation.

Respectfully submitted,

Reliant Pharmaceuticals, Inc.

By: <u>s/ Stephanie A. Scharf</u>
Stephanie A. Scharf - Atty. No.: 06191616
Joan E. Slavin – Atty. No.: 6207633
Schoeman Updike Kaufman & Scharf
333 W. Wacker Dr., Suite 300
Chicago, IL 60606
Telephone: (312) 726-6000
Facsimile: (312) 726-6045