UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER BREVOORT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 08 CV 0105 |
| | ) |
| RELIANT PHARMACEUTICALS, INC. | ) Judge Ruben Castillo |
| and GLAXOSMITHKLINE, Successor to | ) Magistrate Judge Brown |
| Reliant, | ) |
| | ) |
| Defendants. | ) |

**LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT OF
<u>DEFENDANT GLAXOSMITHKLINE</u>**

  Pursuant to Local Rule 3.2, the undersigned counsel for Defendant GlaxoSmithKline ("GSK"), certifies that "GSK" is the "doing business" name of SmithKline Beecham Corporation. The only publicly held company in SmithKline Beecham Corporation's chain of ownership is its ultimate parent, GlaxoSmithKline p.l.c. No publicly held entity owns more than 5% of the stock of GlaxoSmithKline p.l.c.

            Respectfully submitted,

            GlaxoSmithKline

            By: <u>s/Stephanie A. Scharf</u>
              Stephanie A. Scharf - Atty. No.: 06191616
              Joan E. Slavin – Atty. No.: 6207633
              Schoeman Updike Kaufman & Scharf
              333 W. Wacker Dr., Suite 300
              Chicago, IL 60606
              Telephone: (312) 726-6000
              Facsimile: (312) 726-6045