

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Plaintiff

**SUMMONS IN A CIVIL CASE**

Jennifer Brevoort

v.

Reliant Pharmaceuticals, Inc.

CASE № **08CV0105**
ASSIGN **JUDGE CASTILLO**
DESIGN **MAG. JUDGE BROWN**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

110 Allen Rd.
Liberty Corner, NJ
07938

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer Brevoort
22 W502 Balsam Dr.
Glen Ellyn, IL 60137

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 7 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                    *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **NUNO VEIGA** |
| TITLE: | **PROCESS SERVER**   DATE: 01/25/2008 01:47PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

RELIANT PHARMACEUTICALS INC.

Place where served:

110 ALLEN ROAD   LIBERTY CORNER NJ 07938

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ERIC POMERANTZ

Relationship to defendant: GENERAL COUNSEL

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

KC **FILED**
FEB 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 13 2008

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 25 / 20 08

_____ L.S.
SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

01-25-08

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | BARRY M. BENNETT, ESQ. |
| PLAINTIFF: | JENNIFER BREVOORT |
| DEFENDANT: | RELIANT PHARMACEUTICALS INC. |
| VENUE: | DISTRICT IL |
| DOCKET: | 08 CV 0105 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.