**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jennifer Brevoort
                                  Plaintiff,

v.                                                          Case No.: 1:08−cv−00105
                                                            Honorable Ruben Castillo

Reliant Pharmaceuticals Inc., et al.
                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Ruben Castillo :Status hearing held on 3/5/2008. The Court will hold a settlement conference in chambers on 4/17/2008 at 12:30 PM. All discovery is stayed until 4/17/2008.Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.