UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Jennifer Brevoort
                                   Plaintiff,

v.                                                                       Case No.: 1:08−cv−00105
                                                                                 Honorable Ruben Castillo

Reliant Pharmaceuticals Inc., et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Settlement conference held in chambers on 4/17/2008. Defendant is given 14 days to make any settlement offer in writing to plaintiff. Plaintiff is again encouraged to secure counsel. The Court will hold a status hearing in open court on 5/29/2008 at 9:45 AM. Discovery will remain stayed.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.