IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BREVOORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.   08 CV 0105 |
| | ) | |
| RELIANT PHARMACEUTICALS, INC. | ) | Honorable Judge Ruben Castillo |
| and GLAXOSMITHKLINE, Successor to | ) | |
| RELIANT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**PLAINTIFF'S FIRST AMENDED COMPLAINT INSTANTER**

Plaintiff JENNIFER BREVOORT, by her attorney Laurie E. Leader of Chicago-Kent College of Law, hereby moves this Court for leave to file Plaintiff's First Amended Complaint as follows:

1. Plaintiff filed her original pro se complaint with this Court on January 7, 2008.

2. Counsel was recently retained to represent Plaintiff.  Filing an amended complaint is necessary and appropriate in this case to clearly set forth Plaintiff's allegations of unlawful age discrimination.

3. Plaintiff's counsel has diligently investigated this matter and drafted the First Amended Complaint which is designed to facilitate this lawsuit and not to delay prosecution of this matter.

WHEREFORE, Plaintiff prays that this Honorable Court grant her leave to file the First

Amended Complaint <u>instanter</u> and grant such other and further relief as this Court deems equitable and just.

                                      JENNIFER BREVOORT, Plaintiff

                              By:   <u>/s/ Laurie E. Leader</u>
                                        Attorney for Plaintiff

Laurie E. Leader
Chicago-Kent Law Offices
565 West Adams Street – Suite 600
Chicago, IL 60661
(312) 906-5048
lleader@kentlaw.edu