IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BREVOORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO.   08 CV 0105 |
| | ) | |
| RELIANT PHARMACEUTICALS, INC. | ) | Honorable Judge Ruben Castillo |
| and GLAXOSMITHKLINE, Successor to | ) | |
| RELIANT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Stephanie A. Scharf
      Joan E. Slavin
      Schoeman Updike Kaufman & Scharf
      333 West Wacker Drive - Suite 300
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on the 10th day of June, 2008, at 9:45 a.m., the undersigned shall appear before the Honorable Judge Ruben Castillo, in courtroom 2141 and then and there present Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint instanter, a copy of which is attached and herewith served upon you.

JENNIFER BREVOORT, Plaintiff

By:   /s/ Laurie E. Leader
      Attorney for Plaintiff

Laurie E. Leader
Chicago-Kent Law Offices
565 West Adams Street - Ste. 600
Chicago, Illinois 60661
Telephone:  (312) 906-5048
lleader@kentlaw.edu

CERTIFICATE OF SERVICE

    I, Laurie E. Leader, certify that on June 5, 2008, I electronically filed this Notice, Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint <u>instanter</u> and Plaintiff's First Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel for Defendant:

    Stephanie A. Scharf
    Joan E. Slavin
    Schoeman Updike Kaufman & Scharf
    333 West Wacker Drive - Suite 300
    Chicago, IL 60606

JENNIFER BREVOORT, Plaintiff

By:    <u>/s/ Laurie E. Leader</u>
        Attorney for Plaintiff