# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 105 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Jennifer Brevoort vs. Reliant Pharmaceuticals, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/10/2008. Plaintiff's motion for leave to file plaintiff's first amended complaint instanter [21] is granted. Defendants to answer or otherwise plead to the amended complaint on or before 6/24/2008. Parties to file a joint status report on or before 7/1/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|