## CERTIFICATE OF SERVICE

I, Stephanie A. Scharf, an attorney, hereby certify that the foregoing **Defendant**

**GlaxoSmithKline's Answer and Affirmative Defenses to First Amended Complaint** and

**Defendant Reliant Pharmaceuticals, Inc.'s Answer and Affirmative Defenses to First**

**Amended Complaint** was served on counsel identified below electronically, this 23rd day of

June, 2008.

> Laurie E. Leader
> Clinical Professor
> Chicago-Kent College of Law
> 565 W. Adams St.
> Suite 600
> Chicago, IL 60661-3691


> /s Stephanie A. Scharf
> Attorney for Reliant Pharmaceuticals, Inc.
> and GlaxoSmithKline

Stephanie A. Scharf - Atty. No.:  06191616
Joan E. Slavin – Atty. No.: 6207633
Schoeman Updike Kaufman & Scharf
333 W. Wacker Dr., Suite 300
Chicago, IL 60606
Telephone: (312) 726-6000
Facsimile: (312) 726-6045