# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Jennifer Brevoort

      Plaintiff,

v.             Case No.: 1:08−cv−00105
              Honorable Ruben Castillo

Reliant Pharmaceuticals Inc., et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

   MINUTE entry before the Honorable Ruben Castillo:After careful review of the parties' joint status report, the parties should proceed with discovery. The Court fully accepts the reasonable litigation schedule agreed to by the parties. All fact discovery should be completed on or before 12/1/2008. The Court will hold a status hearing in open court on 9/18/2008 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.